**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7382**

WILLIAM MICHAEL HUGGINS,

Plaintiff - Appellant,

v.

OFFICER ROACH; DREW STANLEY; DENNIS ROWLAND,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:15-ct-03002-BO)

Submitted:  February 23, 2017          Decided:  March 1, 2017

Before TRAXLER and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Michael Huggins, Appellant Pro Se.   Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Michael Huggins appeals the district court's order and judgment accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants and dismissing Huggins' civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Huggins v. Roach, No. 5:15-ct-03002-BO (E.D.N.C. Sept. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED